STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: candis_mitchell@fd.org

Counsel for Defendant Ranulfo Loyola Cisneros

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America**, Plaintiff, v. **Ranulfo Loyola Cisneros**, Defendant. | No. CR 12-0585 SI<br><br>[~~Proposed~~] Order Continuing Sentencing Date |

For good cause, the Court continues the sentencing date from November 7, 2013, to December 20, 2013, at ~~10:00~~ 11:00 a.m.

IT IS SO ORDERED.

DATED: 11/4/13

_____
**SUSAN ILLSTON**
United States District Judge

[Prop.] Order, *Loyola Cisneros*, CR 12-0585 SI     1